**Opinion issued March 18, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00230-CV

———————————

**IB AUTO SALES, INC., Appellant**

**V.**

**TOTAL CONTRACTING LIMITED, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-05113**

---

## MEMORANDUM OPINION

On August 8, 2024, the Court abated this appeal for mediation. Appellee advised the Court that mediation was scheduled for February 24, 2024. On March 3, 2025, appellant filed a motion to dismiss the appeal stating that the parties have

reached a settlement agreement. Because no opposition has been filed, we lift the abatement, reinstate the appeal on the active docket, and grant the motion.

The appeal is dismissed. *See* TEX. R. APP. P. 42.1(a); 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.

2